IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 29 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01094-BNB
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

JASON REYNOLDS,

    Applicant,

v.

KEVIN MILYARD, Warden SCF and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCY

Applicant has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and a Motion to Dismiss Without Prejudice. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers which the Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**
(1) _X_ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) _X_ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing an original signature by the prisoner
(7) ___ is not on proper form (must use the court's current form)

(8) __  names in caption do not match names in caption of complaint, petition or habeas application
(9) __  An original and a copy have not been received by the court. Only an original has been received.
(10) _X_  other: Motion is necessary only if $5.00 filing fee is not paid in advance.

**Complaint, Petition or Application:**
(11) __  is not submitted
(12) __  is not on proper form (must use the court's current form)
(13) __  is missing an original signature by the prisoner
(14) __  is missing page nos. ___
(15) __  uses et al. instead of listing all parties in caption
(16) __  An original and a copy have not been received by the court. Only an original has been received.
(17) __  Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) __  names in caption do not match names in text
(19) __  other _____

Accordingly, it is

ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together with a copy of this order, two copies of the following form: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the application and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED April 29, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01094-BNB

Jason Reynolds
Prisoner No. 136081
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 in a Habeas Corpus Action form** to the above-named individuals on April 29, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk